# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 13-03037-01-CR-S-RED |
| ROSELLYN DELORES OTTO, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge James C. England (Doc. #7 filed on April 4, 2013), to which there has been no timely objection, the plea of guilty of the Defendant to Counts 1 and 2 of the Information filed on April 4, 2013, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense(s). Sentencing will be set by subsequent Order of the Court.

*/s/ Fernando J. Gaitan, Jr.*
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: May 1, 2013
Kansas City, Missouri